668 P.2d 888

**ELCO VETERINARY SUPPLY,**
Petitioner Employer,

**Aetna Casualty & Surety Company,**
Petitioner Carrier,

v.

**The INDUSTRIAL COMMISSION OF ARIZONA, Respondent,**

**James Shaff, Respondent Employee.**

No. 16699–PR.

Supreme Court of Arizona,
En Banc.

July 19, 1983.

Jones, Teilborg, Sanders, Haga & Parks by Calvin Harris, Phoenix, for petitioner employer and petitioner carrier.

James A. Overholt, Chief Counsel, The Indus. Com'n of Arizona, Phoenix, for respondent.

Fresquez & Fresquez by Joseph E. Fresquez, Flagstaff, for respondent employee.

HOLOHAN, Chief Justice.

We granted the petition for review of the Court of Appeals' decision in this case. *Elco Veterinary Supply v. Industrial Commission,* 137 Ariz. 46, 668 P.2d 889 (App. 1983).

The opinion of the Court of Appeals is approved and adopted as the opinion of this court.

GORDON, V.C.J., and HAYS, CAMERON and FELDMAN, JJ., concur.